# Exhibit A
## State-Court Documents

| AOC-E-105    Sum Code: CI | | Case #: 20-CI-00080 |
|---|---|---|
| Rev. 9-14 |  | Court: CIRCUIT |
| Commonwealth of Kentucky | | County: CASEY |
| Court of Justice    Courts.ky.gov | | |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

Plantiff, RUHE, KIMBERLY G. VS. HARTFORD LIFE AND ACCIDENT INSURANCE C, Defendant

TO:  CT CORPORATION SYSTEM
     306 WEST MAIN STREET
     SUITE 512
     FRANKFORT, KY 40601

Memo: Related party is HARTFORD LIFE AND ACCIDENT INSURANCE CO.

The Commonwealth of Kentucky to Defendant:
HARTFORD LIFE AND ACCIDENT INSURANCE CO.

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*/s/ Crayg L. Overstreet*
Casey Circuit Clerk
Date: 7/23/2020

Presiding Judge: HON. JUDY VANCE-MURPHY (629324)

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

Served By _____

Title _____

Summons ID: 262174318286679@00000045850
CIRCUIT: 20-CI-00080 Certified Mail
RUHE, KIMBERLY G. VS. HARTFORD LIFE AND ACCIDENT INSURANCE C



Page 1 of 1


eFiled

Filed     20-CI-00080    07/23/2020     Craig L. Overstreet, Casey Circuit Clerk

## COMMONWEALTH OF KENTUCKY
## CASEY CIRCUIT COURT
## CIVIL DIVISION
## CASE NO. 20-CI-00080
*Electronically Filed*

KIMBERLY G. RUHE                                          PLAINTIFF

vs.                            **COMPLAINT**

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY       DEFENDANT

Serve:
CT Corporation System
306 W. Main St., Suite 512
Frankfort, KY 40601

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Comes the Plaintiff, Kimberly G. Ruhe ("Plaintiff"), by counsel, and for her Complaint against Defendant Hartford Life and Accident Insurance Company ("Hartford" or "Defendant"), states as follows:

1. Plaintiff is, and was, at all times relevant to the claims asserted herein, a citizen and resident of the Commonwealth of Kentucky.

2. Defendant is an insurance company domiciled in the state of Connecticut, where it is a citizen and resident, with a statutory home office located at One Hartford Plaza, Hartford, CT 06155. Hartford is authorized to do the business of insurance in Kentucky by holding a Kentucky Certificate of Authority.

3. Hartford's service of process agent is CT Corporation System, 306 W. Main St., Suite 512, Frankfort, KY 40601, and Hartford may be served through said service of process agent.

4. Jurisdiction and venue are proper in this Court, as Plaintiff is a citizen and resident of Kentucky, and Defendant conducted business and caused damages to Plaintiff in

Presiding Judge: HON. JUDY VANCE-MURPHY (628324)

COM : 000001 of 000005

Filed          20-CI-00080    07/23/2020          Craig L. Overstreet, Casey Circuit Clerk

Kentucky and the subject insurance policy was entered into in Kentucky, and Amedisys Holding, LLC ("Amedisys") (Plaintiff's employer at the times pertinent herein) is located in Casey County.

5. Jurisdiction and venue are also proper in this Court pursuant to KRS 23A.010 because the amount in controversy exceeds the jurisdictional minimum.

6. Plaintiff was employed with Amedisys in Casey County, KY as an occupational therapist at the time she became disabled as set forth herein.

7. Hartford supplied and issued a policy of insurance (Policy No. GLT-677808) (the "Policy") to employees of Amedisys, whereby Plaintiff obtained coverage and became insured for long-term disability insurance ("LTD").

8. The Policy provide for monthly disability benefit payments, based on a percentage of Plaintiff's pre-disability earnings.

9. Plaintiff, while working at Amedisys, became disabled as defined under the Policy, and remains disabled. Her conditions include, but are not limited to, systemic lupus erythematosus (an autoimmune disease), history of meningioma requiring a laminectomy with spinal fusions at C3-6, and radiation treatment causing scar tissue/strictures in the neck.

10. Plaintiff was, and remains, unable to perform the material duties of her own occupation and any other occupation, since on or about August 25, 2012, and she satisfies the definition of "disabled" under the Policy and its "any occupation" standard.

11. Plaintiff applied, and made a claim, for LTD benefits with Defendant in a timely and proper fashion, in the manner outlined in the Policy. The applicable Insured ID is 9004075908.

Presiding Judge: HON. JUDY VANCE-MURPHY (629324)

COM : 000002 of 000005

Filed          20-CI-00080    07/23/2020          2    Craig L. Overstreet, Casey Circuit Clerk

12. Plaintiff provided sufficient proof, including medical evidence, that she is disabled under the terms of the Policy.

13. Hartford initially approved Plaintiff's LTD claim and paid benefits for a time.

14. By letter dated August 8, 2019, Defendant informed Plaintiff that Plaintiff's LTD claim was denied (under the "any occupation" standard).

15. Plaintiff properly and timely, and in the manner set forth in the Policy, appealed Defendant's denial of her LTD benefits.

16. By letter dated December 19, 2019, Defendant again denied Plaintiff's LTD claim.

17. By letter dated April 29, 2020, Hartford stated that Plaintiff had exhausted all administrative rights to appeal, and that Defendant would conduct no further review of the claim nor would it consider any additional information.

18. To date, Hartford has refused to approve Plaintiff's claim for LTD benefits, to which she is entitled by virtue of her disability which satisfies the applicable standard of "disability" under the Policy.

19. Plaintiff properly and timely exhausted all administrative remedies with Defendant with respect to the LTD claim.

20. Plaintiff is entitled to LTD benefits under the terms of the Policy, due to her disabilities, and Defendant should be required to perform under the contract and pay LTD benefits to Plaintiff.

21. Defendant's denial of Plaintiff's LTD claim is a breach of contract, and Defendant's breach of its contractual duties owed to Plaintiff has caused Plaintiff damages.

22. Defendant should be enjoined from ceasing LTD benefit payments under the contract.

23. The decisions of Hartford to deny benefits under the Policy were wrong, arbitrary and capricious, an abuse of discretion, and against the overwhelming evidence supplied by Plaintiff provided to Defendant.

24. The Policy and coverage discussed herein do not meet the qualifications of a plan under the Employee Retirement Income Security Act (ERISA), 29 U.S.C. § 1001 *et seq.*

25. In the alternative to allegation 24, above, if the Policy does meet the qualifications for a plan under ERISA, then the decisions made by Defendant to deny Plaintiff's claim were arbitrary and capricious, against the overwhelming evidence provided to Defendant, which entitles Plaintiff to recovery of benefits under the Policy, interest, costs and attorney's fees under 29 U.S.C. § 1132(a)(1)(B) and 29 U.S.C. § 1132(g).

26. The damages sought for the aforesaid injuries are in excess of the jurisdictional limits of this Court.

WHEREFORE, Plaintiff Kimberly G. Ruhe hereby demands the following relief against Defendant:

1. Judgment against Hartford for full LTD benefits under the Policy, attorney's fees, costs, and pre-judgment and post-judgment interest; and

2. Any and all other relief to which Plaintiff appears entitled.

Respectfully submitted,

/s/ *Bartley K. Hagerman*
PHILIP G. FAIRBANKS
BARTLEY K. HAGERMAN
**Mehr Fairbanks & Peterson
Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: 859-225-3731
Facsimile: 859-225-3830
Email: pgf@austinmehr.com
Email: bkh@austinmehr.com
*Counsel for Plaintiff*

5